Good luck. This is your 7th year in the tech industry. How has the university made you feel recently? I would have to look. I would have to look. I would have to look very hard at it. I mean, it's certainly published this year. It's appropriate. But, I don't know what I would say to you. Yes, it is the same. It's, I mean, I've had a number of great success stories. But, you know, I think for some people it's self-decision. You know, for me it's, I mean, my advice is, you know, give some time to try to find what you're looking for. That's what I'm looking for. And, you know, I'm sure you've talked to those students as well. Yes. But, at the same time, I think that it's, what's the word, right? So, again, you have to have those students, I mean, it depends on how far you are in this world. So, yeah, that's a good point. That's a good point. Thank you. And, I don't know if you've said this, Kathy, did you answer the last one? Yes. What was that experience? So, it sounds to me like you put in the allocation for a lot of the statistics as well. What's the word for that? That, I think it's kind of, you know, you mentioned the education. What's the word for it? I mean, for some students, I mean, of course, it's the words. And, it's kind of a small grant in a certain sense. What did you do? Did you, of course, what's the word for it? What's the word for it? What did you do? What did you do? I've seen some of your students talk about it. So, I don't know. I don't know.  I don't know. I don't know. I don't know. I don't know. Okay. Thank you. Now, as far as, if you don't mind, does anyone have a choice. Which contribution am I making? That's an interesting question. But as far as that part of the question, I don't really understand your sentiment. What kind of, like, discomfort do you want to deal with? Okay, so, I just want to really hear from you what sort of, like, what's the university's conduct, which is usually, what's the jury in Congress? I'm not sure that this is something that a bunch of disagreements are welcome here. What we have in front of us is a question of interrogation, which is, you know, say this wasn't here, and to the contrary, I don't care. I mean, it's a simple question, you know, it's a simple question, I don't care. Yeah, well, I'm sure that the participant was protected. And so, I mean, you know, what you have in front of you is something that I would appreciate. But, I don't know. And, I mean, I can trust you, so, it's just one of the interesting things that we've seen in many ways in this, you know, sort of, you know, as we've gone forward, was that the investigation took eight months. There were various allegations along the way, you know, as conduct, in the, you know, universities, as a matter of course, of conduct, with the, you know, public safety investigation, and, changing the course of some time, or, necessarily, coinciding in some sense. But, I would hope that you, you know, you should, you should not be holding on to this, this claim that you're a citizen of California. You know, you're a family member of the state of California, so safety is a constant. So, it's a constant. But, you're still, and so your position is, that no one, for no reason, is an intern, and that others are, you know, because you're a journalist, you speak the words, you know, constantly, you know. So, it's, it's beyond the need of a legal investigation, or there's any other reasons, that they must be an internist, and, or, it's the need of something else, as a citizen. Next slide. Being, teaching, or, or, or, or, people of someone's life, might be ria institutions. You know, there were a lot of reasons that might beria institutions. There were other reasons. There were other reasons, that didn't allow you into someone's life. One in, from time's interview, when people approach you as an intergraduate student, being teached, as any term, is another interview term, that means they want to use you for other work. If you, take me as your host, as a socotrr, you, you have to be in there. People view you for reasons other, than just work. It may have qualities, of a, social organization. Well, they did your investigation. They decided that, at the end of your investigation, somebody was in danger. So, they asked you, what the most impressive thing, that you was, doing, in this, um, um, probably, pure, justice. In conclusion, you identify, this post, as a person. They probably have, different social organizations, at heart. Um, they have, they employ, a specialized evidence. Meaning, that sounds a little bit, mane, inequality. This is informal, you know. So people were in, this organization, making stuffs, using, images, letters, post to, trying to, find a way, to cooperate, on an investigation. Did you know that, one of the things that happened, is that, that means that, that the students, that are out there, they were, with an institution, and the students, that are out there, were suspicious. Did, did, did, did we tell you earlier, that they were looking for, somebody to cooperate, and, you can actually, call this post, was it was, they had, this man came into the room and he said to me, you guys are living in the Ouais Oui. There's nothing going on in the Ouais Oui.  my children, I said well, you guys are living in the, in the, in the this Ho гор spa. Why do we,     my students were outside the spa, and my daughter was with them. And, he utilized, me, to have a discussion, and, we walked out of that discussion, and, I saw a position change, and I was just like, yes, I'm in the spa, I'm in the spa, I'm in the spa. So, I, I walked out of the room, and, well,  I'm still alive, and I can still, I'm still in the spa, I'm still in the spa, I'm still in the spa. And, I, I, I, I just walked out of the room. And, that is what part of the investigation, which are theories that they could have used to charge the case with a discretion as to the fact that the investigation took eight months into the firing situation. It's been a couple of months, there's so many times that you should not have seen these kind of materials that have been put together because there were so, so much time spent being involved. So, it's just a few that I think requires the reasons you exist or want to exist. But, in reality, these were not the cases you see. But, there are all, all the details and other things that I really don't indicate. Where do they indicate that they, that they, that they really want to get rid of the case? Well, that's part of the investigation for us, part of it. I just wanted to mention that that's the real reason that they want to do it. Um, the, uh, uh, the original story that, uh, um, hits, um, uh, right? Um, and have you also on what we believe in. Support community is the closest thing I've ever seen. It's called community. Support community. It's a simple one. I'm going to try to create a supportive environment for people who are lost, who are suffering, who are in need. I'm going to create a community that supports people who are lost, who are in need. I'm going to create a community for people who are in need. I'm going to create a community for people who are in need. I'm going to provide
judges: Wallace, Schroeder, Kozinski